**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### TODD PRUETT, Appellant

### V.

### MARK STOLZ, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's May 28, 2013 motion to retrieve mandamus documents and exhibits from the trial court. By order dated May 23, 2013, this Court granted appellant's motion for the retrieval of mandamus documents and exhibits filed in this Court. We directed the Clerk of this Court to send appellant a copy of the petition for writ of mandamus and accompanying documents. Accordingly, we **DENY** appellant's motion.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE